STATE, Respondent v. CASTEEL, Appellant

(93 N.W.2d 571)

(File No. 9701. Opinion filed December 16, 1958)

**H. A. McQueen,** Sioux City, Iowa, **Richard C. Oden,** Elk Point, for Appellant.

No appearance for Respondent.

PER CURIAM. Appellant was convicted of the offense of obtaining property by false pretenses. The contentions

of the appellant and a review of the record before us fail to disclose any prejudicial error.

The judgment appealed from is affirmed.

All the Judges concur.